■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALLACE BENSON, JR., Appellant. [611 NYS2d 407] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention that the court improperly denied defendant's request for new counsel to be assigned. The contentions that counsel called defendant names and failed to communicate adequately with him do not amount to a showing of good cause, a conflict of interest or irreconcilable conflict between defendant and counsel *(see, People v Lashway,* 187 AD2d 747, 749, *lv denied* 81 NY2d 842).

We have considered defendant's remaining contentions and find them to be without merit. (Appeal from Judgment of Erie County Court, McCarthy, J.—Robbery, 3rd Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ LANG AGENCY, INC., Respondent, v JAMES J. MORAN, as Executor of JOSEPH H. MORAN, Deceased, Appellant. [612 NYS2d 1015] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Purple, Jr., J. (Appeal from Judgment of Supreme Court, Steuben County, Purple, Jr., J.—Brokerage Commissions.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HAYWOOD, Appellant. [612 NYS2d 1016] —Appeal from judgment insofar as it imposes sentence unanimously dismissed and judgment affirmed. Memorandum: The record indicates that, following entry of the judgment appealed from, defendant moved pursuant to CPL 440.20 (1) to set aside the sentence on the ground that it was invalid as a matter of law. That motion was granted, defendant was resentenced, and he has separately appealed from that judgment. Therefore, the judgment appealed from insofar as it imposes sentence has been superseded by the judgment resentencing defendant *(see, People v Boscana,* 114 AD2d 316; *People v Cicero,* 100 AD2d 627; *see also, People v Rosenfeld* [appeal No. 1], 187 AD2d 965, *lv denied* 81 NY2d 892). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Violation of Probation.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.